UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCKY ZECCARDI, *on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.; LANCER INVESTMENTS, LLC; and JOHN DOES 1 TO 10,<br><br>Defendants. | Civil Action No. 2:18-cv-00600-MAH<br><br><br>**ORDER** |

IT IS HEREBY ORDERED, the Court approves the parties settlement of the attorney's fees and costs. Defendants shall pay Class Counsel's fees and costs as agreed by the parties **in mediation**, which payment includes costs and expenses (excluding the expenses of the Settlement Administrator), and time already spent. However, this does not include any time, if necessary, to enforce any breach of the settlement agreement or for any appeals. The fees are in addition to the settlement benefits each Settlement Class Member will be receiving and are the sole property of Class Counsel, not Plaintiff or the Settlement Class. The Court finds the parties' settled attorney's fees and costs, **as reported by the parties**, fair and reasonable. Pursuant to the Settlement Agreement, this payment shall be made within thirty (30) days of the date of this Order in the manner set forth in the Settlement Agreement.

IT IS HEREBY ORDERED, this action be DISMISSED WITH PREJUDICE.

IT IS HEREBY ORDERED, this Court shall retain jurisdiction to implement and enforce the settlement.

Dated: __8/27/2024__       _____
                           HONORABLE MICHAEL A. HAMMER,
                           UNITED STATES MAGISTRATE JUDGE